PROB 49 (3/89)
VAE (rev. 05/17)



UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Jamil Taylor-Kamara                            Criminal No. 2:19CR00042-001

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

7) Search and Seizure – You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Witness: _____          Signed: _____
U.S. Probation Officer                                           Probationer or Supervised Releasee

September 22, 2021
Date

Respectfully,

**ORDER OF COURT**

Considered and ordered this 4th day of
October, 2021 and ordered filed and
made a part of the records in the above case.

_____/s/_____
Henry Coke Morgan, Jr.
Senior United States District Judge
Henry Coke Morgan, Jr.
Senior United States District Judge

_____
Marquis Branch-Jackson
U.S. Probation Officer

Place: Norfolk

Date: September 22, 2021

TO CLERKS OFFICE                                                                                   Page 1