PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF VIRGINIA
Norfolk Division

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

U.S. v. Jamil Taylor-Kamara          Criminal Case No. 2:19CR00042-001

   I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

   I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Community Service** – **You must complete 24 hours of community service within 45 days. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.**

Witness _____          Signed _____
       U.S. Probation Officer                    Probationer or Supervised Releasee

                    _____1/6/2022_____
                          Date

**ORDER OF COURT**

Considered and ordered this  10th   day of

__January_____, 20 22   and ordered filed and
made a part of the records in the above case.

_____/s/_____
       Roderick C. Young
    United States District Judge

2022.01.10
13:55:54 -05'00'

Marquis Branch-Jackson
U.S. Probation Officer

Place: Norfolk

Date:  1/10/2022

**TO CLERKS OFFICE**